# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL G. GREER,<br><br>        Plaintiff(s),<br><br>v.<br><br>FREEMANTLE PRODUCTIONS,<br><br>        Defendant(s). | Case No. 2:21-cv-01905-RFB-NJK<br><br>**Order**<br><br>[Docket No. 5] |

Pending before the Court is Plaintiff's motion to seal his *in forma pauperis* application, which was filed on an emergency basis. Docket No. 5. The Clerk's Office has sealed the *in forma pauperis* application on an interim basis pending resolution of the motion to seal. As such, there is no need to resolve this motion on an emergency basis. Accordingly, the Court will resolve the motion to seal in the ordinary course. In the meantime, the Clerk's Office is INSTRUCTED to maintain the *in forma pauperis* application under seal.

IT IS SO ORDERED.

Dated: October 19, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1