Russell Greer
PO BOX 46602
LAS VEGAS, NV 89114
801-895-3501
russellgreer30business@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF NEVADA

| | |
|---|---|
| **RUSSELL G. GREER,** an individual<br><br>　　　Plaintiff<br><br>v.<br><br>**FREMANTLE PRODUCTIONS NORTH AMERICA, INC,** a corporation<br><br>　　　Defendant | **PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>　Case No.: 2:21-cv-01905<br><br><br>　Judge Richard F. Boulware, II<br>　Magistrate Judge Nancy J. Koppe |

1

Plaintiff, pursuant to Federal Rule 65, hereby move this Court for a preliminary injunction, and states as follows:

The grounds for this Motion are set forth in the Memorandum of Law simultaneously filed herewith, as well as the Complaint filed in this matter.

WHEREFORE, Plaintiff respectfully request that this Court:

A. Preliminarily enjoin and direct Defendant Fremantle Productions North America, Inc, to allow Plaintiff Russell Greer and his musician accommodations to audition on the next season of America's Got Talent, which begins filming in April 2022.

B. Direct that Defendant schedules everything with Greer and helps him set everything up, including audition dates, other important dates, schedules and every other relevant information a contestant who auditions in front of the celebrity judges is given

Respectfully

DATED:  October 17th, 2021

Respectfully submitted,

By: /s/

Russell Greer
Pro Se Litigant
/rgreer/

2