# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL G. GREER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>FREEMANTLE PRODUCTIONS,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01905-RFB-NJK<br><br>**Order**<br><br>[Docket No. 5] |

　　　　Pending before the Court is Plaintiff's motion to seal his *in forma pauperis* application. Docket No. 5. Non-dispositive court filings may be sealed upon a showing of good cause, which would include instances in which the documents might become a vehicle for an improper purpose such as gratifying private spite. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (indicating that such grounds would suffice to meet higher standard of "compelling reasons"). Plaintiff has indicated that the employment and financial documents at issue could be used for an improper purpose. *See* Docket No. 5 at 2-3. Accordingly, the motion to seal is GRANTED.

　　　　IT IS SO ORDERED.

　　　　Dated: November 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1