# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RUSSELL G. GREER,

    Plaintiff(s),

v.

FREEMANTLE PRODUCTIONS,

    Defendant(s).

Case No. 2:21-cv-01905-RFB-NJK

**Order**

[Docket No. 13]

Pending before the Court is Plaintiff's motion to effectuate service in a manner other than through the United States Marshal Service. Docket No. 13. The Court construes the motion as seeking clarification of its prior order addressing service. *See* Docket No. 10. As so construed, the motion is GRANTED. The Court clarifies that Plaintiff is not prohibited from effectuating service in a manner other than vis-à-vis the United States Marshal Service. To the extent Plaintiff believes he can more efficiently effectuate proper service, he may engage in an effort to do so.[1] Either way, however, the deadline for effectuating service remains set at February 16, 2022. *See* Docket No. 10 at 4 (citing Fed. R. Civ. P. 4(m)).

IT IS SO ORDERED.

Dated: December 9, 2021

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge

---

[1] The Court expresses no opinion herein as to what efforts will suffice to complete service, but rather only indicates that Plaintiff is not limited to effectuating service through the United States Marshal Service.