**INVOICE**

**N KOSEARAS GROUP**
500 W Colorado St Unit C #406
Glendale, CA 91204
Phone: (213) 909-2191
Email: info@nkosearasgroup.com

**TO:**
Russell G Greer
Email: russmark@gmail.com

**DATE**
12/15/2021

**REFERENCE #**
Russell G Greer
v. Fremantle Productions

| Description | Amount |
|---|---|
| Service of Process | $30.00 |
| FREMANTLE PRODUCTIONS NORTH AMERICA, INC. c/o CT CORPORATION SYSTEM Address: 330 N. Brand Blvd., Suite 700, Glendale, CA 91203 | |
| Served: 12/14/2021 at 12:59 PM to Diana Ruiz, Intake Specialist | |
| **Total** | **$30.00** |

Please Make All Checks Payable To: N Kosearas Group

Venmo: @nkgroup

PayPal: @nkosearasgroup

**THANK YOU FOR YOUR BUSINESS!**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Russell G Greer | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:21-cv-01905-RFB-NJK |
| Fremantle Productions | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fremantle Productions

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Russell G Greer
PO Box 46602
Las Vegas, NV 89114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/18/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01905-RFB-NJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FREMANTLE PRODUCTIONS NORTH AMERICA, INC, A CORPORATION

was received by me on *(date)* 12/13/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DIANA RUIZ, INTAKE SPECIALIST, who is designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION SYSTEM, registered agent for service of process,     at 12:59 PM  on *(date)* 12/14/2021 ; or
at address 330 N. Brand Blvd., Suite 700, Glendale, CA 91203

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 30.00 for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 12/15/2021

*Server's signature*

NICHOLAS KOSEARAS; California Registered Process Server
*Printed name and title*

Registration Number: 3339; San Diego County, California
18171 Gleada Ln, Huntington Beach, CA 92646
(213) 909-2191; nkosearas@gmail.com
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT FOR ADDITIONAL DOCUMENTS SERVED

CIVIL ACTION NO. 2:21-cv-01905-RFB-NJK

RUSSELL G GREER v. FREMANTLE PRODUCTIONS

ADDITIONAL DOCUMENTS SERVED

- PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DISCRIMINATION UNDER THE AMERICANS WITH DISABILITIES ACT, INJUNCTIVE RELIEF & STATE LAW INTENTIONAL TORT CLAIMS
- LETTER ("Re: Russell Greer – Request for Reconsideration"; Date: April 12, 2021)