**H1 LAW GROUP**
Eric D. Hone, NV Bar No. 8499
eric@h1lawgroup.com
Joel Z. Schwarz, NV Bar No. 9181
joel@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-703-1063

Molly M. Lens, CA Bar No. 283867
(*Pro Hac Vice* application to be submitted)
**O'Melveny & Myers LLP**
mlens@omm.com
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Phone  310-246-8593

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL G. GREER,<br><br>                Plaintiff,<br><br>     vs.<br><br>FREMANTLE PRODUCTIONS NORTH AMERICA, INC., a corporation,<br><br>                Defendant. | Case No. 2:21-cv-01905-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 11]**<br><br>**FIRST REQUEST** |

Plaintiff Russell G. Greer (hereinafter "Plaintiff"), in proper person, and Defendant Fremantle Productions North America, Inc. (hereafter "Defendant"), by and through counsel, hereby agree and stipulate to extend Defendant's deadline to respond to the complaint [ECF No. 11] from January 4, 2022, to January 25, 2022.  Defendant has not previously requested an extension of this deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

1



H1 Law Group
701 N. Green Valley Parkway, Suite 200
Henderson, Nevada 89074
Tel: 702-608-3720

The parties agree that good cause exists to warrant entry of an Order by the Court reflecting the agreement of the parties as set forth above, including consideration of the schedules of Defendant's counsel during the holiday season.

Dated this 28th day of December 2021.                    Dated this 28th day of December 2021.

RUSSELL G. GREER                                         H1 LAW GROUP

  /s/ Russel G. Greer                                      /s/ Joel Z. Schwarz
Russell G, Greer                                         Joel Z. Schwarz, NV Bar No. 9181
russmark@gmail.com                                       joel@h1lawgroup.com
P.O. Box 46602                                           701 N. Green Valley Parkway, Suite 200
Las Vegas, NV 89114                                      Henderson, NV 89074
Phone  801-895-3501                                      Phone  702-608-3720

*Pro Se Litigant*                                        *Attorneys for Defendant*


**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated:_____

2