**H1 LAW GROUP**
Eric D. Hone, NV Bar No. 8499
eric@h1lawgroup.com
Joel Z. Schwarz, NV Bar No. 9181
joel@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-703-1063

Molly M. Lens, CA Bar No. 283867
(*Pro Hac Vice* application to be submitted)
**O'Melveny & Myers LLP**
mlens@omm.com
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Phone  310-246-8593

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL G. GREER,<br><br>            Plaintiff,<br><br>    vs.<br><br>FREMANTLE PRODUCTIONS NORTH AMERICA, INC., a corporation,<br><br>            Defendant. | Case No. 2:21-cv-01905-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 11]**<br><br>**FIRST REQUEST** |

Plaintiff Russell G. Greer (hereinafter "Plaintiff"), in proper person, and Defendant Fremantle Productions North America, Inc. (hereafter "Defendant"), by and through counsel, hereby agree and stipulate to extend Defendant's deadline to respond to the complaint [ECF No. 11] from January 4, 2022, to January 25, 2022.  Defendant has not previously requested an extension of this deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties agree that good cause exists to warrant entry of an Order by the Court reflecting the agreement of the parties as set forth above, including consideration of the schedules of Defendant's counsel during the holiday season.

| Dated this 28th day of December 2021. | Dated this 28th day of December 2021. |
|---|---|
| RUSSELL G. GREER | H1 LAW GROUP |
| /s/ Russel G. Greer | /s/ Joel Z. Schwarz |
| Russell G, Greer | Joel Z. Schwarz, NV Bar No. 9181 |
| russmark@gmail.com | joel@h1lawgroup.com |
| P.O. Box 46602 | 701 N. Green Valley Parkway, Suite 200 |
| Las Vegas, NV 89114 | Henderson, NV 89074 |
| Phone  801-895-3501 | Phone  702-608-3720 |
| *Pro Se Litigant* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: December 29, 2021

2