AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

```
FILED        RECEIVED
ENTERED      SERVED ON
             COUNSEL/PARTIES OF RECORD

JAN 20 2022

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY:_____ DEPUTY
```

Russell G Greer

*Plaintiff(s)*

v.

Fremantle Productions

*Defendant(s)*

Civil Action No. 2:21-cv-01905-RFB-NJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fremantle Productions

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russell G Greer
PO Box 46602
Las Vegas, NV 89114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/18/2021                                  _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01905-RFB-NJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FREMANTLE PRODUCTIONS

was received by me on *(date)* 1/18/22 .

❐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because  NO USM 285 RECEIVED FOR SERVICE ; or

❐ Other *(specify):*


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Alfred Gaga                DUSM
*Printed name and title*


*Server's address*

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd S, Suite 2058
Las Vegas, NV 89101-7080