Russell Greer
PO BOX 46602
LAS VEGAS, NV 89114
801-895-3501
russellgreer30business@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF NEVADA

| | |
|---|---|
| **RUSSELL GREER,** an individual<br><br>Plaintiff<br><br>v.<br><br>**FREMANTLE PRODUCTIONS NORTH AMERICA, INC,** a corporation<br><br>Defendant | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Case No.: 2:21-cv-01905<br><br>Judge  Richard F. Boulware, II<br><br>Magistrate Judge Nancy J. Koppe |

1

AND NOW, on this ____ day of _____, 2022, upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____

United States District Court Judge