# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL GREER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>FREEMANTLE PRODUCTIONS NORTH AMERICA, INC.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01905-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 21] |

Pending before the Court is Plaintiff's unopposed motion for leave to amend. Docket No. 21. For good cause shown, the unopposed motion is GRANTED. Plaintiff must promptly file and serve the Second Amended Complaint. Local Rule 15-1(b).

IT IS SO ORDERED.

Dated: January 24, 2022

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge