Russell Greer
PO BOX 46602
LAS VEGAS, NV 89114
801-895-3501
russellgreer30business@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF NEVADA

| | |
|---|---|
| **RUSSELL G. GREER,** an individual<br><br>    Plaintiff<br><br>v.<br><br>**FREMANTLE PRODUCTIONS,** a corporation, **ET AL.**<br><br>    Defendant | **PLAINTIFF'S AMENDED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No.: 2:21-cv-01905<br><br>Judge Richard F. Boulware, II<br><br>Magistrate Judge Nancy J. Koppe |

1

Plaintiff, pursuant to Federal Rule 65, hereby move this Court for a preliminary injunction, and states as follows:

The grounds for this Motion are set forth in the Memorandum of Law simultaneously filed herewith, as well as the Complaint filed in this matter.

WHEREFORE, Plaintiff respectfully request that this Court:

A.   Preliminarily enjoin and direct Defendant Fremantle Productions North America, Inc, and Marathon Productions to allow Plaintiff Russell Greer and his musician accommodations to audition on the next season of America's Got Talent, which begins filming in April 2022.

B.   Direct that Defendants schedule everything with Greer and help him set everything up, including audition dates, other important dates, schedules and every other relevant information a contestant who auditions in front of the celebrity judges is given.

Respectfully

DATED:  January 28th, 2022

                                                          Respectfully submitted

By: *[signature]*

Russell Greer
Pro Se Litigant
/rgreer

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing AMENDED PRELIMINARY INJUNCTION with the Clerk of the Court by using email. I certify that the following participants in this case are registered electronic filing systems users and will be served electronically. Served are:

Joel Schwarz: joel@h1lawgroup.com

Molly Lens: mlens@omm.com

Zachary Dekel: zdekel@omm.com

Counsel for Fremantle and Marathon.