AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of __Nevada__

| | |
|---|---|
| Russell Greer | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:21-cv-01905 |
| Fremantle Productions and Marathon Productions | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Marathon Productions
2900 West Alameda Ave
8th Floor
Burbank, CA 91505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Russell Greer
PO Box 46602 Las Vegas, NV 89114
russmark@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/25/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Marathon Productions__

was received by me on *(date)* __1/25/2022__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Daisy Montenegro, Intake Specialist__, who is designated by law to accept service of process on behalf of *(name of organization)* __CT Corporation System, registered agent for service of process for Marathon Productions__ on *(date)* __1/26/2022 at 11:56 AM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __1/27/2022__

*Server's signature*

NICHOLAS KOSEARAS

*Printed name and title*
CA Registered Process Server
Registration Number: 3339; County: San Diego
18171 Gleada Ln, Huntington Beach, CA 92646
(213) 909-2191

*Server's address*

Additional information regarding attempted service, etc:

ADDITIONAL DOCUMENTS SERVED:

Plaintiff's Second Amended Complaint For Discrimination Under The American With Disabilities Act & Injunctive Relief;