# EXHIBIT C
## Order of Dismissal, *Greer v. Abraham*, Case No. 168400383 (Salt Lake City Justice Ct.)

F I L E D
June 15, 2016
SALT LAKE CITY JUSTICE COURT

In the [ ] District  [x] Justice Court of Utah

___3rd___ Judicial District  _Salt Lake_ County

Court Address  333 South 200 East, Salt Lake City, Utah 84111

| Russell Greer | **Order on Motion to Dismiss Small Claims Case** |
|---|---|
| Plaintiff | |
| v. | Case Number  168400383 |
| Farrah Abraham | Judge _____ |
| Defendant | |
| And | |
| Defendant | |

This matter comes before the court on a motion by [ ] Plaintiff  [ ] Defendant to dismiss this case because it has been fully settled.

The court being fully informed, it is ordered that:

(1)  [x]  Plaintiff's claim is dismissed with prejudice and cannot be re-filed.

(2)  [ ]  Defendant _____'s (name) counterclaim is dismissed with prejudice and cannot be re-filed.

(3)  [ ]  Defendant _____'s (name) counterclaim is dismissed with prejudice and cannot be re-filed.

Date  06/15/2016           Sign here ▶  _____
                                                                 lg
                           Judge     C. Roberts

## Certificate of Service

I certify that I served a copy of this document on the following people.

| Person's Name | Method of Service | Served at this Address | Served on this Date |
|---|---|---|---|
| Russell Greer<br><br>(Other Party or Attorney) | [ ] Mail<br>[ ] Hand Delivery<br>[ ] Fax (Person agreed to service by fax.)<br>[x] Email (Person agreed to service by email.)<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | ▮▮▮ | 06/15/16 |
| (Clerk of Court) | [ ] Mail<br>[ ] Hand Delivery<br>[x] Electronic File | smallclaims@slcgov.com | 06/15/16 |
| Farrah Abraham | [X] Mail<br>[ ] Hand Delivery<br>[ ] Fax (Person agreed to service by fax.)<br>[ ] Email (Person agreed to service by email.)<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | ▮▮▮ | 06/15/16 |
|  | [ ] Mail<br>[ ] Hand Delivery<br>[ ] Fax (Person agreed to service by fax.)<br>[ ] Email (Person agreed to service by email.)<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) |  |  |

Date   06/15/2016                     Sign here ▶   *[signature]*

                                      Typed or printed name   L. Grosjean