# EXHIBIT E
## Order of Dismissal, *Greer v. Swift*, Case No. 168401024 (Salt Lake City Justice Ct.)

The Order of the Court is stated below:
Dated: December 09, 2016
08:32:36 AM

At the direction of:
/s/ EDWARD B HAVAS
Justice Court Pro Tem Judge

by
/s/ LISA GROSJEAN
Justice Court Clerk

SALT LAKE CITY JUSTICE COURT
SALT LAKE COUNTY, STATE OF UTAH

---

| | | |
|---|---|---|
| RUSSELL GREER, | : | MINUTES |
| Plaintiff, | : | SMALL CLAIMS TRIAL |
| | : | |
| vs. | : | Case No: 168401024 SC |
| TAYLOR SWIFT, | : | Judge:   EDWARD B HAVAS |
| Defendant. | : | Date:    December 8, 2016 |

---

Clerk:     gl2435

PRESENT
Plaintiff(s): RUSSELL GREER
Defendant's Attorney(s): GREGORY G SKORDAS
Audio

---

TRIAL

TIME: 6:35:19
Having considered the documents filed with the court, the evidence and the arguments, and now being fully informed, the court orders the Defendant's Motion to Dismiss is granted and the case is dismissed with prejudice (claim may not be re-filed).

PLEASE TAKE NOTICE: You may appeal this judgment by filing a Notice of Appeal with this court within 30 days after the date of the judgment was entered; there are filing fees involved with this process.

Refer to the courts website for further information at
http://www.slcgov.com/courts/small-claims


End Of Order - Signature at the Top of the First Page

**J039**

**J040**

Case No: 168401024 Date:   Dec 08, 2016

CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 168401024 by the method and on the date specified.

EMAIL:   RUSSELL GREER
EMAIL:   GREGORY G SKORDAS gskordas@schhlaw.com

```
        12/09/2016                         /s/ LISA GROSJEAN
Date: _____      _____
                                            Justice Court Clerk
```