# EXHIBIT G

## Order of Dismissal, *Greer v. Grande et al.*, Case No. 178400268(Salt Lake City Justice Ct.)

The Order of the Court is stated below:
Dated:  August 02, 2017         At the direction of:
        05:34:50 PM             /s/ ALBERT PRANNO
                                Justice Court Pro Tem Judge
                          by
                                /s/ AMANDA NAVE
                                Justice Court Clerk

```
                    SALT LAKE CITY JUSTICE COURT
                    SALT LAKE COUNTY, STATE OF UTAH
_____

RUSSELL GREER,                  :   MINUTES
        Plaintiff,              :   SMALL CLAIMS TRIAL
                                :
vs.                             :   Case No: 178400268 SC
ARIANA GRANDE  Et al,           :   Judge:    ALBERT PRANNO
        Defendant.              :   Date:     August 2, 2017


_____

Clerk:    na2578

PRESENT
Plaintiff(s): RUSSELL GREER
Defendant's Attorney(s): GREGORY G SKORDAS FOR SCOOTER BRAUN
                         GREGORY G SKORDAS FOR ARIANA GRANDE
Audio

_____


TRIAL

TIME: 2:02:00 PM
Having considered the documents, the evidence, and the arguments filed with the court
and now being fully informed, the court orders as follows:

On the DEFENDANTS Motion to Dismiss, case is dismissed. Furthermore, the court orders
the Plaintiff to pay reparations in the amount of $1,500.00 for attorneys fees incurred
by the Defendants.

On the PLAINTIFFS claim, case is dismissed with prejudice (claim may not be re-filed).
PLEASE TAKE NOTICE: You may appeal this judgment by filing a Notice of Appeal with this
court within 28 days after the date of the judgment was entered; there are filing fees
involved with this process.

Refer to the Utah State Courts for further information the appellant process;
hyperlinks can be found on Salt Lake City Justice Courts website at
http://www.slcgov.com/courts/small-claims
```

**J060**

**J061**

Case No: 178400268 Date:    Aug 02, 2017

End Of Order - Signature at the Top of the First Page

**J062**

Case No: 178400268 Date:    Aug 02, 2017

---

CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 178400268 by the method and on the date specified.

EMAIL:   RUSSELL GREER
EMAIL:   GREGORY G SKORDAS gskordas@schhlaw.com

```
        08/02/2017                      /s/ AMANDA NAVE
Date: _____     _____
```

                                               Justice Court Clerk