# EXHIBIT K
## Order of Dismissal, Greer v. Swift, Case No. 3:20-CV-00436(M.D. Tenn.)

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RUSSELL GREER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.  3:20-cv-00436 |
| ) | Judge Trauger |
| TAYLOR SWIFT, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On December 14, 2020, the Magistrate Judge issued a Report and Recommendation (Doc No. 13), to which no timely objections have been filed.  The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for an Extension and for Alternative Service (Doc. No. 12) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge