# EXHIBIT M
## Decision, *Greer v. Walters*, Case No. RSC2016-000053(Reno Justice Ct.)

FILED
15 MAY -8 PM 4: 11
STACEY TUTTLE
RENO JUSTICE COURT
BY_____
DEPUTY

# IN THE JUSTICE COURT RENO TOWNSHIP
# WASHOE COUNTY, STATE OF NEVADA

## Small Claims Hearing

| | |
|---|---|
| Russell Godfrey Greer | Date: May 08, 2015<br>Time: 1:30 PM |
| v. | Case Number: RSC2015-000191<br>Department 4 |
| Murphy Walters | |

## DECISION

- Plaintiff, Russell Godfrey Greer appeared. Defendant, Murphy Walters appeared and was represented by Courtney G. Forster, Esq.

After assessment of the credibility of the witnesses and the proper weight given to the evidence, the court finds that the burden of proof has not been met, judgment for the defense with no monetary award.

Pearson, Scott
Justice of the Peace

J179