# EXHIBIT P
## Sentencing Protective Order, *Orem City v. Greer*, Case No. 201900105 (Orem City Justice Ct.)

**Sentencing Protective Order**



| | |
|---|---|
| Court: | Orem City Justice Court |
| Case No: | 201900105 |
| County: | UTAH |
| Judge: | REED PARKIN |
| District: | FOURTH |
| State: | Utah |

| Name of Plaintiff<br>OREM CITY | Name of Defendant<br>RUSSELL G GREER |
|---|---|
| **Person(s) Protected by this Order:**<br>Name: ▇▇▇▇▇▇  Age:<br>　Relationship to Defendant: *Other*<br>Name: ▇  Age:<br>　Relationship to Defendant: *Other* | **Defendant Identifying Information:**<br>Sex: *M*　　　　Race:<br>Height:　　　　Weight:<br>Eyes:　　　　Hair:<br>Date of Birth: ▇▇▇▇　SSN:<br>Driver License #:　　State:<br>　Expiration:<br>Distinguishing Features (Scars, Marks, Tattoos, etc):<br>Other Names Used: |

**The Court orders the Defendant to obey all orders** on this form and to not abuse or threaten to abuse anyone protected by this order.

**Warnings:**
•This is a court order. No one except the court can change it. If you do not obey this order, you can be arrested, fined, and face other charges.

1  The Defendant is restrained from attempting, committing, or threatening to commit domestic violence or abuse against the victim, designated family, and household members (protected parties) and shall not stalk, harass, or threaten, or use or attempt to use physical force.

　　▇▇▇▇▇▇▇▇

2  The Defendant is prohibited from directly or indirectly contacting, harassing, telephoning, mailing, e-mailing, or communicating in any way with the victim.

3  Defendant is ordered to stay away from any address where victim is known to be.

4  The Defendant is ordered to stay away from the alleged victim's vehicle, job, school, home, premises and property (list current addresses below):

　　▇▇▇▇▇
　　**Home, Premises, and property:**
　　**Work:**
　　**School:**
　　**Other:** ANY ADDRESS , , UT
　　**Vehicle:**

　　▇
　　**Home, Premises, and property:**
　　**Work:**
　　**School:**
　　**Vehicle:**

A violation of this order is a Class A misdemeanor.

| Dated: | September 16, 2020 02:21:36 PM | | At the direction of: |
|---|---|---|---|
| | | /s/ | REED PARKIN<br>Justice Court Judge |
| | | by | |
| | | /s/ | CARALEE COLLET<br>Court Clerk |