**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Joel Z. Schwarz, NV Bar No. 9181
jschwarz@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone 702-608-3720
Fax    702-703-1063

**O'MELVENY & MYERS LLP**
Molly M. Lens, Esq.
mlens@omm.com
(Pro Hac Vice Application to be Submitted)
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Phone 310-246-8593

*Attorneys for Defendants FREMANTLE PRODUCTIONS NORTH AMERICA, INC. and MARATHON PRODUCTIONS, INC.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSEL G. GREER,<br><br>Plaintiff,<br><br>v.<br><br>FREMANTLE PRODUCTIONS NORTH AMERICA, INC, a corporation and MARATHON PRODUCTIONS, INC, a corporation,<br><br>Defendants. | Case No. 2:21-cv-01905-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 27]** |

Plaintiff Russell G. Greer ("Greer"), in pro per person, and Defendants Fremantle Productions North America, Inc. and Marathon Productions, Inc. (collectively, "Fremantle"), by and through counsel, hereby agree and stipulate as follows:

WHEREAS, on January 28, 2022, Greer filed an Amended Motion for a Preliminary Injunction (the "PI Motion"), *see* ECF 27;

WHEREAS, Fremantle's deadline to oppose the PI Motion is February 11, 2022;

WHEREAS, Fremantle intends to move to compel arbitration and will file such motion on or before February 7, 2022;

1

WHEREAS, the Parties agree that—for party and judicial efficiency—the Court should resolve Fremantle's forthcoming Motion to Compel Arbitration before resolving the PI Motion;

WHEREAS, the Parties agree that Fremantle should not oppose the PI Motion until and unless the Court denies Fremantle's Motion to Compel Arbitration and that Fremantle shall have at least two weeks from such order to oppose the PI Motion in such event;

WHEREAS, the Parties otherwise reserve all rights.

Dated this 3rd day of February 2022.

RUSSELL G. GREER

 /s/ Russell G. Greer
Russell G. Greer
russmark@gmail.com
P.O. Box 46602
Las Vegas, NV 89114
Phone  801-895-3501

*Pro Se Litigant*

Dated this 3rd day of February 2022.

H1 LAW GROUP

 /s/ Joel Z. Schwarz
Joel Z. Schwarz, NV Bar No. 9181
joel@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 8th day of February, 2022.