UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RUSSELL G. GREER

    Plaintiff(s),

vs.

FREMANTLE PRODUCTIONS NORTH AMERICA, a corporation

    Defendant(s).

Case # 2:21-cv-01905-RFB-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Molly M. Lens_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____O'Melveny & Myers LLP_____
(firm name)

with offices at _____1999 Avenue of the Stars, 7th Floor_____,
(street address)

___Los Angeles___, ___California___, ___90067___,
(city)             (state)           (zip code)

___310-246-8593___, ___mlens@omm.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
Fremantle Productions North America, Inc. and Marathon Productions, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 06/22/2012 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York | 10/27/2004 | 4254355 |
| California | 06/22/2012 | 283867 |
| U.S. District Court, New York Southern | 11/01/2004 | |
| U.S. District Court, New York Eastern | 12/16/2004 | |
| U.S. Court of Appeals, Second Circuit | 05/04/2005 | |
| U.S. District Court, Central California | 12/19/2012 | |
| See Attachment 4 | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |
| 3 | |
| 4 | _____ |
| | Petitioner's signature |
| 5 | STATE OF ~~Nevada~~ (London) ) |
| | COUNTY OF ~~Clark~~ ) |
| 6 | |
| 7 | Molly M. Lens, Petitioner, being first duly sworn, deposes and says: |
| 8 | That the foregoing statements are true. |
| 9 | _____ |
| | Petitioner's signature |
| 10 | Subscribed and sworn to before me this |
| 11 | 9 day of FEBRUARY, 2022. |
| 12 | |
| 13 | _____ |
| | Notary Public or Clerk of Court |
| 14 | Michael Robert Lindley Notary Public |
| | Consular Direct Ltd |
| | 44 Baker Street |
| 15 | London W1U 7AL |

*(Handwritten annotations: "a (c) ENGLAND", "a (London)", "a (c)")*

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **Joel Z. Schwarz** (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

701 N. Green Valley Parkway, Suite 200
(street address)

| Las Vegas | Nevada | 89074 |
|---|---|---|
| (city) | (state) | (zip code) |

702-608-3720               joel@h1lawgroup.com
(area code + telephone number)      (Email address)

4                                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel Z. Schwarz_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Suzanne Lopez, COO, Fremantle Productions North America, Inc.
(type or print party name, title)

_____
(party's signature)

Suzanne Lopez, COO, Marathon Productions Inc.
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9181            jschwarz@hone.law
Bar number      Email address

APPROVED:

DATED this 16th day of February, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

ATTACHMENT 4

US Court of Appeals, Ninth Circuit – 10/15/2012

US District Court, Wisconsin Western - 05/07/2020

US Court of Appeals, Seventh Circuit – 09/25/2020

US District Court, California Northern – 04/19/2021



## Appellate Division of the Supreme Court of the State of New York
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Molly Manning Lens

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 27, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 29, 2021.

*Robert D. Mayberger*
Clerk of the Court

CertID-00046529



State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

(518) 471-4778
fax (518) 471-4749
http://www.nycourts.gov/ad3/admissions

Timothy P. O'Keefe
Acting Director of Attorney Admissions

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised October 2020



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>MOLLY MANNING LENS</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify MOLLY MANNING LENS #283867, was on the 22nd day of June, 2012 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on this day of December 29th, 2021.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Florentino Jimenez, Assistant Deputy Clerk