Russell Greer
P. O. Box 46602
Las Vegas, NV 89114
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>        Plaintiff<br><br>v.<br><br>**FREMANTLE PRODUCTIONS NORTH AMERICA, INC,**  a corporation and **MARATHON PRODUCTIONS, INC**, a corporation<br><br>        Defendant | **PLAINTIFF'S MOTION FOR STATUS CONFERENCE**<br><br><br>Case No.:  2:21-cv-01905<br><br>Judge: Richard F. Boulware, II<br><br>Magistrate Judge: Nancy J. Koppe |

Plaintiff Russell G. Greer moves this Court for a status conference and explains below:

### INTRODUCTION

Plaintiff filed this civil ADA action for a preliminary injunction in October of 2021. The last filing for this case was in February of 2022. At current dispute was whether this case should be mediated. Plaintiff gave very strong reasons why he should not be forced to mediate this case: (1) the knowing and voluntary standard, (2) the arbitration agreement prohibiting arbitration on injunctions and (3) the procedural and substantive unconscionablility of the arbitration agreement.

### FILMING HAS ALREADY STARTED

The filming for the next season of AGT has already started and Greer still needs to do a few more practices with his accommodations. A May audition could be feasible, but the injunction still needs to be briefed on. Plaintiff asked counsel for Defendants in March 2022 to allow him on the show to settle this matter. Defendants refused to answer him.

### REQUEST FOR STATUS CONFERENCE

It is requested that a status conference can be held to determine how this case will proceed. Plaintiff would simply just ask Fremantle and Marathon to settle the case, no money given to him, and just allow him to audition and allow the show judges to determine if they like him. But since they are resisting him on that, Plaintiff needs to know what the next steps are.

### PROPOSED DATE

Plaintiff proposes a date of April 11th, a Monday, at 10 AM PST, via Zoom or what other video program the Court uses. Since Defendants are not replying to him, he makes this request without having discussed with Defendants.

### CONCLUSION

Plaintiff hopes that date or a date close to it can be set for a status conference. Respectfully,

2

DATED: April 5th, 2022

By: Russell Greer Pro Se Litigant /rgreer/



**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing MOTION FOR STATUS CONFERENCE with the Clerk of the Court by using email.

I certify that the following participants in this case are registered electronic filing systems users and will be served electronically.

Served are:

Joel Schwarz: joel@h1lawgroup.com

Molly Lens: mlens@omm.com

Zachary Dekel: zdekel@omm.com

Counsel for Fremantle and Marathon.