1
2
3
4
5

**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Joel Z. Schwarz, NV Bar No. 9181
jschwarz@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone:  702-608-3720
Fax:  702-703-1063

6
7
8
9

**O'MELVENY & MYERS LLP**
Molly M. Lens, Esq.
mlens@omm.com
(Pro Hac Vice)
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Phone 310-246-8593

10
11

Attorneys for Defendants FREMANTLE
PRODUCTIONS NORTH AMERICA, INC. and
MARATHON PRODUCTIONS, INC.

12
13

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

14
15
16
17
18
19
20

| | |
|---|---|
| RUSSELL G. GREER, | Case No.  2:21-cv-01905-RFB-NJK |
| Plaintiff, | Judge Richard F. Boulware, II |
| v. | Magistrate Judge Nancy J. Koppe |
| FREMANTLE PRODUCTIONS NORTH AMERICA, INC, a corporation and MARATHON PRODUCTIONS, INC, a corporation, | **RESPONSE TO GREER'S MOTION FOR STATUS CONFERENCE** |
| Defendants. | |

21
22
23
24
25
26
27
28

1    Fremantle Productions North America, Inc. and Marathon Productions, Inc. (collectively,

2  "Marathon") object to Russell Greer's unauthorized April 5 filing.[1]  While Greer styled his filing

3  as a purported motion for a status conference, Greer's filing confirms that he does not seek an

4  actual status conference, but rather hopes that the Court will facilitate Greer's settlement

5  demands.  Marathon respectfully submits that a status conference would be a waste of the Court's

6  and the parties' time and resources, as Marathon has rejected Greer's settlement demands and

7  Greer has stipulated that Marathon's motion to compel arbitration should be resolved prior to his

8  motion for a preliminary injunction.  *See* Stipulation and Order to Extend Time to Respond to

9  Am. Mot. for Prelim. Inj., ECF No. 37 at 2.

10

11    Dated:    April 6, 2022          _/s/ *Joel Z. Schwarz*
                                       Joel Z. Schwarz, NV Bar No. 9181
12                                     jschwarz@hone.law
                                       701 N. Green Valley Parkway, Suite 200
13                                     Henderson, NV 89074
                                       Phone: (708) 608-3720

14                                     O'MELVENY & MYERS LLP

15                                     _/s/ *Molly M. Lens*
                                       Molly M. Lens (*pro hac vice*)
16                                     mlens@omm.com
                                       1999 Avenue of the Stars, 8th floor
17                                     Los Angeles, CA 90067
                                       Phone: (310) 553-6700

18
                                       Attorneys for Defendants Fremantle
19                                     Productions North America, Inc. and Marathon
                                       Productions, Inc.
20

21

22

23

24

25

26

---

27  [1] With his April 5 filing, Greer continues his well-documented abuse of the judicial system.  *See,*
    *e.g.*, Mot. to Compel Arbitration, ECF No. 31 at 3–4 (detailing Greer's prior improper lawsuits
28  seeking to gain the attention of female celebrities).

RESPONSE TO MOTION FOR STATUS
CONFERENCE
CASE NO. 21-CV-01905