Russell Greer
P. O. Box 46602
Las Vegas, NV 89114
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>   Plaintiff<br><br>v.<br><br>**FREMANTLE PRODUCTIONS NORTH AMERICA, INC,** a corporation and **MARATHON PRODUCTIONS, INC**, a corporation<br><br>   Defendant | **PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE RE DOC 46**<br><br><br>Case No.: 2:21-cv-01905<br><br>Judge: Richard F. Boulware, II<br><br>Magistrate Judge: Nancy J. Koppe |

Plaintiff Russell G. Greer files this timely Reply to the 04-06-22 Response from Defendants:

## INTRODUCTION

True to form, Defendants have once again misinterpreted something Plaintiff has written and have completely twisted what he meant. Plaintiff was only bringing up the settlement to show that he has tried settling with Defense during the interim from the last filing. Greer clearly stated in his Motion that he wanted to see what next steps would be since settlement can't be reached and there is a lull in the case and a sense of urgency for resolution.[1] See Doc 46, page 2, paragraph 3, "But *since* they are resisting him on that, ***Plaintiff needs to know what the next steps are.***"

## CLARIFICATION

Plaintiff will make himself clear, if he was unclear in his Motion: since there is a lull in the case, since Defense refuses to settle and resolve this and since time is running out, Plaintiff is kindly asking this Court to set up a conference to see what the next steps would be. This would not be a waste of the Court's resources, as the Federal Rules allow conferences for "expediting disposition of the action." *FRCP 16(a)(1).*

Plaintiff seeks to add, since Defendants continue to make unwarranted swipes at him, that he has no history of "abuse of the judicial system". There is probably only one or two cases from 7-8 years ago that could be seen that way. This current case is very serious and once again has nothing to do with a celebrity. It's almost ridiculous that Plaintiff has to continue to defend himself from such a hurtful and absurd allegation. If anything, Defendants only continue to bring up irrelevant things because they know they discriminated against Plaintiff and so they're trying to distract from the actual case.

---

[1] Defendants are incorrect. Per FRCP 16, a status conference (or referred to as a pre-trial conference) can be used for facilitating settlement. FRCP 16(a)(5). But Greer was seeking the conference for next steps.

If it's any consolation, Greer's therapist thinks this case has merit and she can understand why he sued the producers and she thinks it was wrong what they did to him.

## CONCLUSION

Plaintiff hopes this adds clarification.

Respectfully,

DATED: April 6th, 2022

By: Russell Greer Pro Se Litigant /rgreer/



## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing REPLY TO RESPONSE TO MOTION FOR STATUS CONFERENCE with the Clerk of the Court by using email.

I certify that the following participants in this case are registered electronic filing systems users and will be served electronically.

Served are:

Joel Schwarz: joel@h1lawgroup.com

Molly Lens: mlens@omm.com

Zachary Dekel: zdekel@omm.com

Counsel for Fremantle and Marathon.