# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL G. GREER, | Case No. 2:21-cv-01905-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 46] |
| FREMANTLE PRODUCTIONS NORTH AMERICA, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for a status conference. Docket No. 46. Defendants filed a response in opposition. Docket No. 47. Plaintiff filed a reply. Docket No. 48.

As clarified in reply, Plaintiff seeks a hearing to determine "the next steps" in this litigation. *See* Docket No. 48 at 2. In reviewing the docket, it appears that the parties' joint proposed discovery plan is overdue. *See* Local Rule 26-1(a). To the extent Defendants seek a stay of discovery pending resolution of their motion to compel arbitration, they must file a request addressing the governing standards by April 14, 2022. *See, e.g.*, *Arik v. Meyers*, 2020 WL 515843, at *1 (D. Nev. Jan. 31, 2020). If a request to stay discovery is not filed by that date, then the parties must file a joint proposed discovery plan by April 21, 2022.[1]

In light of the above requirements, the Court does not find that a status conference would be useful. Instead, the "next steps" (if any) will be determined based on the filings identified above. Accordingly, the motion for a status conference is **DENIED**.

IT IS SO ORDERED.

Dated: April 7, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] If a request to stay discovery is filed by April 14, 2022, then the requirement to file a joint proposed discovery plan will be suspended pending resolution of the request to stay discovery.

1