**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Joel Z. Schwarz, NV Bar No. 9181
jschwarz@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone:  702-608-3720
Fax:  702-703-1063

**O'MELVENY & MYERS LLP**
Molly M. Lens, Esq. (*pro hac vice*)
mlens@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Phone 310-246-8593

Attorneys for Defendants FREMANTLE PRODUCTIONS NORTH AMERICA, INC. and MARATHON PRODUCTIONS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL G. GREER,<br><br>Plaintiff,<br><br>v.<br><br>FREMANTLE PRODUCTIONS NORTH AMERICA, INC, a corporation and MARATHON PRODUCTIONS, INC, a corporation,<br><br>Defendants. | Case No. 2:21-cv-01905-RFB-NJK<br><br>Judge Richard F. Boulware, II<br><br>Magistrate Judge Nancy J. Koppe<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY [ECF NO. 49]** |

Plaintiff Russell G. Greer ("Greer"), in pro per person, and Defendants Fremantle Productions North America, Inc. and Marathon Productions, Inc. (collectively, "Marathon"), by and through counsel, hereby agree and stipulate as follows:

WHEREAS, Marathon moved to compel arbitration on February 4, 2022, *see* ECF No. 31;

WHEREAS, Marathon's Motion to Compel Arbitration is currently under submission;

WHEREAS, on April 7, 2022, the Court directed Marathon to seek a stay of discovery by April 14, 2022 or, in the alternative, instructed the Parties to file a joint proposed discovery plan by April 21, 2022, *see* Order, ECF No. 49;

WHEREAS, the Parties agree that—for party and judicial efficiency—the Court should resolve Marathon's Motion to Compel Arbitration before the Parties file a joint proposed discovery plan or otherwise commence discovery;

WHEREAS, the Parties agree that should the Court deny Marathon's Motion to Compel Arbitration, the Parties shall have at least one week from such ruling to file a joint proposed discovery plan;

WHEREAS, the Parties otherwise reserve all rights.

| Dated this 8th day of April 2022. | Dated this 8th day of April 2022. |
|---|---|
| RUSSELL G. GREER | O'MELVENY & MYERS LLP |
| /s/ Russell G. Greer | /s/ Molly M. Lens |
| Russell G. Greer<br>russmark@gmail.com<br>P.O. Box 46602<br>Las Vegas, NV 89114<br>Phone 801-895-3501 | Molly M. Lens (*pro hac vice*)<br>mlens@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Phone: (310) 553-6700 |
| *Pro Se Litigant* | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**Dated:** _____

JOINT STIPULATION & [PROPOSED]
ORDER TO STAY DISCOVERY
CASE NO. 2:21-cv-01905