# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RUSSELL G. GREER,

     Plaintiff(s),

v.

FREMANTLE PRODUCTIONS NORTH
AMERICA, INC., et al.,

     Defendant(s).

Case No. 2:21-cv-01905-RFB-NJK

**Order**

[Docket No. 50]

     Pending before the Court is a stipulation to stay discovery pending resolution of a motion to compel arbitration.  Docket No. 50.  In considering the pertinent standards, *see, e.g.*, *Arik v. Meyers*, 2020 WL 515843, at *1 (D. Nev. Jan. 31, 2020), the Court finds a stay of discovery to be warranted.  Accordingly, the stipulation to stay discovery is GRANTED.  To the extent the motion to compel arbitration is denied with respect to either defendant, a proposed discovery plan must be filed within seven days of such ruling.

     IT IS SO ORDERED.

     Dated: April 11, 2022

_____
Nancy J. Koppe
United States Magistrate Judge