Russell Greer
PO BOX 46602
LAS VEGAS, NV 89114
801-895-3501
russellgreer30business@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF NEVADA

| | |
|---|---|
| **RUSSELL G. GREER,** an individual<br><br>Plaintiff<br><br>v.<br><br>**FREMANTLE PRODUCTIONS NORTH AMERICA, INC,** a corporation<br><br>Defendant | **PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Case No.: 2:21-cv-01905<br><br>Judge Richard F. Boulware, II<br>Magistrate Judge Nancy J. Koppe |

1

Plaintiff, pursuant to Federal Rule 65, hereby move this Court for an amended preliminary injunction, and states as follows:

Plaintiff asked this Court to issue an injunction against Defendant Fremantle to allow him on the Summer 2022 show. Seeing that now filming has commenced and thus it would be infeasible to allow Greer on at this late stage, Greer amends his motion as follows.

The grounds for this Motion are set forth in the Memorandum of Law filed previously, as well as the Amended Complaint filed in this matter.

WHEREFORE, Plaintiff respectfully request that this Court:

A. Preliminarily enjoin and direct Defendants Fremantle Productions North America, Inc and Marathon Productions to allow Plaintiff Russell Greer and his musician accommodations to audition on next year's season of America's Got Talent, which begins filming in April 2023.

B. Direct that Defendants schedule everything with Greer and helps him set everything up, including audition dates, other important dates, schedules and every other relevant information a contestant who auditions in front of the celebrity judges is given

Respectfully

DATED: May 19th, 2022

Respectfully submitted,

By: *(signature)*

Russell Greer
Pro Se Litigant
/rgreer/

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing AMENDED MOTION FOR PRELIMINARY INJUNCTION with the Clerk of the Court by using email.

I certify that the following participants in this case are registered electronic filing systems users and will be served electronically.

Served are:

                                  Joel Schwarz: joel@h1lawgroup.com
                                  Molly Lens: mlens@omm.com
                                  Zachary Dekel: zdekel@omm.com
                                  Counsel for Fremantle and Marathon.