**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Joel Z. Schwarz, NV Bar No. 9181
jschwarz@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone: 702-608-3720
Fax: 702-703-1063

**O'MELVENY & MYERS LLP**
Molly M. Lens, Esq. *(pro hac vice)*
mlens@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Phone 310-246-8593

Attorneys for Defendants FREMANTLE PRODUCTIONS NORTH AMERICA, INC. and MARATHON PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSEL G. GREER, <br><br> Plaintiff, <br><br> v. <br><br> FREMANTLE PRODUCTIONS NORTH AMERICA, INC, a corporation and MARATHON PRODUCTIONS, INC, a corporation, <br><br> Defendants. | Case No. 2:21-cv-01905-RFB-NJK <br><br> Judge Richard F. Boulware, II <br><br> Magistrate Judge Nancy J. Koppe <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 52]** |

Plaintiff Russell G. Greer ("Greer"), in pro per person, and Defendants Fremantle Productions North America, Inc. and Marathon Productions, Inc. (collectively, "Fremantle"), by and through counsel, hereby agree and stipulate as follows:

WHEREAS, on January 28, 2022, Greer filed an Amended Motion for a Preliminary Injunction (the "PI Motion"), *see* Dkt. 27;

WHEREAS, on February 3, 2022, Fremantle and Greer stipulated that—for party and judicial efficiency—Fremantle should not oppose the PI Motion until and unless the Court denies Fremantle's currently pending Motion to Compel Arbitration and that Fremantle should have at least two weeks from such order to oppose the PI Motion in such event, *see* Dkt. 30;

WHEREAS, on February 8, 2022, the Court granted the Parties' stipulation, *see* Dkt. 37;

WHEREAS, on May 18, 2022, Greer filed a further Amended Motion for a Preliminary Injunction (the "Amended PI Motion"), Dkt. 52;

WHEREAS, Fremantle and Greer agree that the Parties' prior stipulation and the Court's February 8, 2022 Order should apply with equal force to the Amended PI Motion;

WHEREAS, Fremantle and Greer further agree that Fremantle should not oppose the Amended PI Motion until and unless the Court denies Fremantle's currently pending Motion to Compel Arbitration and that Fremantle should have at least two weeks from such order to oppose the Amended PI Motion in such event;

WHEREAS, the Parties otherwise reserve all rights.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Dated this 23rd day of May 2022.

RUSSELL G. GREER

 /s/ Russell G. Greer 
Russell G, Greer
russmark@gmail.com
P.O. Box 46602
Las Vegas, NV 89114
Phone  801-895-3501

*Pro Se Litigant*

Dated this 23rd day of May 2022.

HONE LAW

 /s/ Joel Z. Schwarz 
Joel Z. Schwarz, NV Bar No. 9181
jschwarz@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720

O'MELVENY & MYERS LLP

 /s/ Molly M. Lens 
Molly M. Lens *(pro hac vice)*
mlens@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Phone: (310) 553-6700

*Attorneys for Defendants*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**Dated:** _____