**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Joel Z. Schwarz, NV Bar No. 9181
jschwarz@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone:  702-608-3720
Fax:  702-703-1063

**O'MELVENY & MYERS LLP**
Molly M. Lens, Esq. *(pro hac vice)*
mlens@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Phone 310-246-8593

Attorneys for Defendants FREMANTLE PRODUCTIONS NORTH AMERICA, INC. and MARATHON PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSEL G. GREER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FREMANTLE PRODUCTIONS NORTH AMERICA, INC, a corporation and MARATHON PRODUCTIONS, INC, a corporation,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-01905-RFB-NJK<br><br>Judge Richard F. Boulware, II<br><br>Magistrate Judge Nancy J. Koppe<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 52]** |

1  Plaintiff Russell G. Greer ("Greer"), in pro per person, and Defendants Fremantle
2 Productions North America, Inc. and Marathon Productions, Inc. (collectively, "Fremantle"), by
3 and through counsel, hereby agree and stipulate as follows:
4  WHEREAS, on January 28, 2022, Greer filed an Amended Motion for a Preliminary
5 Injunction (the "PI Motion"), *see* Dkt. 27;
6  WHEREAS, on February 3, 2022, Fremantle and Greer stipulated that—for party and
7 judicial efficiency—Fremantle should not oppose the PI Motion until and unless the Court
8 denies Fremantle's currently pending Motion to Compel Arbitration and that Fremantle should
9 have at least two weeks from such order to oppose the PI Motion in such event, *see* Dkt. 30;
10  WHEREAS, on February 8, 2022, the Court granted the Parties' stipulation, *see* Dkt. 37;
11  WHEREAS, on May 18, 2022, Greer filed a further Amended Motion for a Preliminary
12 Injunction (the "Amended PI Motion"), Dkt. 52;
13  WHEREAS, Fremantle and Greer agree that the Parties' prior stipulation and the Court's
14 February 8, 2022 Order should apply with equal force to the Amended PI Motion;
15  WHEREAS, Fremantle and Greer further agree that Fremantle should not oppose the
16 Amended PI Motion until and unless the Court denies Fremantle's currently pending Motion to
17 Compel Arbitration and that Fremantle should have at least two weeks from such order to
18 oppose the Amended PI Motion in such event;
19  WHEREAS, the Parties otherwise reserve all rights.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | |
|---|---|
| Dated this 23rd day of May 2022. | Dated this 23rd day of May 2022. |
| RUSSELL G. GREER | HONE LAW |
| */s/ Russell G. Greer* <br> Russell G, Greer <br> russmark@gmail.com <br> P.O. Box 46602 <br> Las Vegas, NV 89114 <br> Phone  801-895-3501 | */s/ Joel Z. Schwarz* <br> Joel Z. Schwarz, NV Bar No. 9181 <br> jschwarz@hone.law <br> 701 N. Green Valley Parkway, Suite 200 <br> Henderson, NV 89074 <br> Phone  702-608-3720 |
| *Pro Se Litigant* | O'MELVENY & MYERS LLP |
| | */s/ Molly M. Lens* <br> Molly M. Lens *(pro hac vice)* <br> mlens@omm.com <br> 1999 Avenue of the Stars, 8th Floor <br> Los Angeles, CA 90067 <br> Phone: (310) 553-6700 |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DAYED this 24th day of May, 2022.

3