Russell Greer
PO BOX 46602
 LAS VEGAS, NV 89114
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **RUSSELL G. GREER,** | **PLAINTIFF'S NOTICE OF APPEAL** |
| Plaintiff | |
| v. | Case No.: 2:21-cv-01905-RFB-NJK |
| **FREMANTLE PRODUCTIONS**, et al, | |
| Defendants | Judge Richard F. Boulware, II<br>Magistrate Judge Nancy J. Koppe |

1

Notice is hereby given that Russell Greer, Plaintiff in the above named case, hereby appeals to the United States Ninth Circuit Court of Appeals from the final judgment entered in this action on August 18th, 2022 (Dkt. 55).

Respectfully submitted.

/rgreer/
08-30-22
Pro Se Litigant

2

**CERTIFICATE OF SERVICE:**

I certify that on , a true and correct copy of PLAINTIFF'S NOTICE OF APPEAL was emailed to the following:

    Joel Schwarz: joel@h1lawgroup.com
    Molly Lens: mlens@omm.com
    Zachary Dekel: zdekel@omm.com
    Counsel for Fremantle and Marathon.