| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 14 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

RUSSELL GODFREY GREER,

        Plaintiff-Appellant,

v.

FREMANTLE PRODUCTIONS; MARATHON PRODUCTIONS,

        Defendants-Appellees.

No. 22-16318

D.C. No. 2:21-cv-01905-RFB-NJK
District of Nevada,
Las Vegas

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 7), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

All other pending motions are denied as moot.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Terri Haugen
        Deputy Clerk
        Ninth Circuit Rule 27-7

tah/12.12.22/Pro Mo