# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL GODFREY GREER,<br><br>　　　　　　Plaintiff-Appellant,<br>vs.<br>FREMANTLE PRODUCTIONS; MARATHON PRODUCTIONS,<br><br>　　　　　　Defendants-Appellees. | District No.　2:21-cv-01905-RFB-NJK<br><br>U.S.C.A. No.　22-16318 |

### ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 12/14/2022, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 20th day of December, 2022.

Richard F. Boulware, II
United States District Judge